**Order filed March 12, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00109-CV

———————

**FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellant**

**V.**

**TRINH PHAM, KATHERINE CRAWFORD & GARY BLOCK, Appellees**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1016309**

## O R D E R

This is an appeal from a summary judgment signed November 9, 2012. Appellant filed a timely motion for new trial. The notice of appeal was due February 7, 2013. *See* Tex. R. App. P. 26.1. Appellant filed its notice of appeal on February 14, 2013, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is "necessarily implied" when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file

the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **March 25, 2013.** *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, the court will consider dismissing the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM